**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 20-61736-CIV-CANNON/Hunt**

**MEDPRO BILLING, INC.,**

    Plaintiff,

v.

**TAYLOR RECOVERY CENTER, LLC,
and SKYWARD TREATMENT SOLUTIONS, LLC**

    Defendants.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 31], filed on February 22, 2021. Pursuant to Rule 41(a)(1)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk is directed to **CLOSE** this case effective February 22, 2021, the date the parties filed their [ECF No. 31] Joint Stipulation of Dismissal.

2. The claims and counterclaims in this proceeding are **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction for the limited purpose of enforcing the settlement.

4. The parties shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Fort Pierce, Florida, this 23rd day of February 2021.

                                                  **AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record